UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-cv-01819-MA |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT OF FORFEITURE |
| 2 Firearms, et. al., *in rem*, | |
| Defendants. | |

Based upon the government's Motion for Entry of a Default Judgment of Forfeiture,

IT IS ORDERED AND ADJUDGED that the Defendants, *in rem*, 2 Firearms and 83 Rounds of Ammunition, further described as:

> Colt, Government, .380 caliber pistol, serial number RC10228;
> HS Products (Springfield Armory), XDM, 9mm pistol, serial number MG906019;
> All rounds of assorted .380 caliber ammunition;
> All rounds of assorted 9mm ammunition;
> All rounds of assorted .22 caliber ammunition;

(herein after known as "Assorted Firearms and Ammunition"), and all persons claiming any right, title, or interest in or to these Defendants, are in default for want of claim, answer, or other response or pleading, and such default is entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DEFAULT JUDGMENT OF FORFEITURE                                   Page 1 of 2

IT IS FURTHER ORDERED that based upon such default and the records in this action, this Court has subject matter jurisdiction and the Defendants, *in rem*, Assorted Firearms and Ammunition are condemned and forfeited to the United States of America, free and clear of the claims of any and all persons, including, Debra Cade, claiming any right, title, or interest in or to these Defendants. The Bureau of Alcohol, Tobacco, Firearms, and Explosives is directed to dispose of these assets in accordance with applicable statutes and regulations and provisions of this Judgment.

The parties shall each bear their own costs and attorney's fees incurred in prosecuting and defending this action.

DATED this _20_ day of December 2016.

*Malcolm F. Marsh*
MALCOLM F. MARSH
United States District Judge

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney